# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TINA M. BRINKMEIER  
614 COUNTRYLANE DRIVE, APT. 3  
LENA, IL 61048  
SSN-xxx-xx-5283

Case Number: 07-70452

Case filed on: 2/28/2007  
Plan Confirmed on: 5/18/2007

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $15,675.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY A BIVENS | 2,500.00 | 2,500.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,200.00 | 0.00 |
| 005 | CREDIT BUREAU CENTRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT BUREAU CENTRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | STATE COLLECTION SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 318.67 | 318.67 | 318.67 | 0.00 |
|  | Total Priority | 318.67 | 318.67 | 318.67 | 0.00 |
| 999 | TINA M. BRINKMEIER | 0.00 | 0.00 | 1,643.89 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,643.89 | 0.00 |
| 001 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT COMPANY | 7,063.70 | 7,063.70 | 7,063.70 | 0.00 |
| 003 | FREEPORT CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FREEPORT MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | FREEPORT SEPTIC SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | GALENA STATE BANK | 790.74 | 790.74 | 790.74 | 0.00 |
| 008 | GALENA STATE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | GREG ALTHOF | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | VATIV RECOVERY SOLUTIONS LLC | 1,769.58 | 1,769.58 | 1,769.58 | 0.00 |
| 011 | MADISON RADIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MONROE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | VATIV RECOVERY SOLUTIONS LLC | 321.20 | 321.20 | 321.20 | 0.00 |
| 015 | UW HEALTH PHYSICIANS | 293.58 | 293.58 | 293.58 | 0.00 |
| 017 | VINCENT, ROTH & TOEPFER, PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ASSET ACCEPTANCE CORP | 299.40 | 299.40 | 299.40 | 0.00 |
|  | Total Unsecured | 10,538.20 | 10,538.20 | 10,538.20 | 0.00 |
|  | Grand Total: | 13,356.87 | 13,356.87 | 14,700.76 | 0.00 |

Total Paid Claimant: $14,700.76  
Trustee Allowance: $974.24  
Percent Paid Unsecured: 100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 12/30/2008    By /s/Heather M. Fagan